IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VINCENT BENNETT** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TRANS UNION LLC and EQUIFAX** | : | |
| **INFORMATION SERVICES LLC** | : | **NO. 21-421** |

### ORDER

**NOW**, this 14th day of October, 2021, upon consideration of defendant Trans Union, LLC's Motion for Judgment on the Pleadings (Doc No. 30), plaintiff's response, and defendant's reply, it is **ORDERED** as follows:

1. Defendant Trans Union LLC's Motion for Judgment on the Pleadings is **GRANTED**.

2. **JUDGMENT** is entered in favor of the defendants and against the plaintiff.

/s/ TIMOTHY J. SAVAGE J.